IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE KRISTEN L. MIX

Criminal Action No. 09-mj-01142-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEDA SAHAKYAN,

    Defendant.

---

### ORDER EXONERATING BOND

---

The Court has granted a Government motion to voluntarily dismiss the charges against Defendant. As a result, all the conditions of an appearance bond imposed by the Court as a pretrial matter to secure Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the Court shall be hereby released by the Clerk of the Court, or a designated deputy, to the surety or to Defendant.

DATED at Denver, Colorado, this 8th day of August, 2011.

BY THE COURT:

By: _____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO